UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

TRAIS FERNANDEZ HAIRE,

Plaintiff,

v. Case No. 25-CV-2041

TONYA WESNER,

Defendant.

---

**ORDER**

---

Plaintiff Trais Fernandez Haire is currently incarcerated at Waupun Correctional Institution and representing himself in this 42 U.S.C. § 1983 case. This matter comes before the Court on Plaintiff's motion to compel. The Court will deny Plaintiff's motion because it does not comply with the Court's local rules.

Civil Local Rule 37 requires that all motions to compel include "a written certification by the movant that, after the movant in good faith has conferred or attempted to confer with the person or party failing to make disclosure or discovery in an effort to obtain it without court action, the parties are unable to reach an accord." In other words, before filing a motion to compel, a party needs to first discuss the dispute with the opposing party's lawyer. And, if they cannot work out the dispute and a party files a motion to compel, the party must include a certification in his motion that he first tried to resolve the dispute with the opposing party's lawyer. Plaintiff's motion does not include the required certification, suggesting that he asked the Court to get involved before attempting to informally resolve his dispute with Defendant's counsel. Accordingly, the Court

will deny the motion to compel to allow Plaintiff and Defendant's counsel the opportunity to resolve this issue without the Court's involvement.

**IT IS THEREFORE ORDERED** that Plaintiff's motion to compel (Dkt. No. 20) is **DENIED without prejudice**.

Dated at Green Bay, Wisconsin on August 24, 2026.

s/ *Byron B. Conway*
BYRON B. CONWAY
United States District Judge