UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

TRAIS FERNANDEZ HAIRE,

Plaintiff,

v. Case No. 25-CV-2041

TONYA WESNER,

Defendant.

---

**ORDER**

---

Plaintiff Trais Fernandez Haire is incarcerated at Waupun Correctional Institution and representing himself in this 42 U.S.C. § 1983 case. This matter comes before the Court on Plaintiff's motion to change venue. Plaintiff requests a change of venue "from Judge William Griesbach at Green Bay Division . . . to Judge J.P. Stadtmueller at Milwaukee Division." (ECF No. 27 at 1.) He asserts that there is a conflict of interest because Attorney Michael Griesbach was Plaintiff's public defender during Plaintiff's state post-conviction proceedings and Plaintiff did not "see eye to eye" with him. (*Id.*)

The Court construes Plaintiff's motion as a motion to recuse. A judge should be disqualified if "he has a personal bias or prejudice concerning a party . . . ." 28 U.S.C. § 455. This case is before me, Judge Conway, not Judge Griesbach. I have no bias or prejudice concerning Plaintiff. Plaintiff has shown no basis for recusal or change of venue. Therefore, Plaintiff's motion to change venue (ECF No. 27) is **DENIED**.

**SO ORDERED** at Green Bay, Wisconsin on September 29, 2026.

s/ *Byron B. Conway*
BYRON B. CONWAY
United States District Judge